| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>**CHRISTOPHER LOADHOLT,**<br>　　　　　　　　　　**Plaintiff,**<br>　　　　　　-against-<br>**ORTHOFEET, INC.,**<br>　　　　　　　　　　**Defendant.**<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 28, 2022<br><br>**22-cv-3977 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 22, 2022, Defendant filed a letter requesting a pre-motion letter regarding its anticipated motion to dismiss. To date, Plaintiff has not responded. Plaintiff is hereby ordered to respond no later than August 1, 2022.

**SO ORDERED.**

**Dated:** July 28, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**