UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER LOADHOLT,

                Plaintiff,

-against-

ORTHOFEST, INC.,

                Defendants.

22-cv-3977 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's motion to dismiss at ECF No. 16 is **DENIED** without prejudice to renewal for failure to comply with Local Rule 7.1 ("all motions shall include…[a] memorandum of law, setting forth the cases and other authorities relied upon in support of the motion… [and] [s]upporting affidavits and exhibits thereto containing any factual information and portions of the record necessary for the decision of the motion…"). Defendant is directed to file a letter by **April 10, 2023** advising the Court whether it still intends to move to dismiss the Complaint and, if so, proposing a new briefing schedule for the motion.

So Ordered.

Dated: April 4, 2023
      New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          United States District Judge