UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT,<br><br>       Plaintiff,<br><br> -against-<br><br>ORTHOFEST, INC.,<br><br>       Defendant. | 22-cv-3977 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

 On April 4, 2023, the Court denied Defendant's motion to dismiss without prejudice and directed Defendant to file a letter by April 10 indicating whether it still intends to move to dismiss the Complaint. To date, Defendant has not filed any such letter. Accordingly, the Court will set a new deadline of **April 28, 2023** for Plaintiff and Defendant to file a joint status report as to the status of this case.

 **So Ordered.**

**Dated: April 20, 2023**
 New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**