UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT,<br><br>        Plaintiff,<br><br>  -against-<br><br>ORTHOFEST, INC.,<br><br>        Defendant. | 22-cv-3977 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court convened the July 11, 2023 status conference to address Defendant's failure to answer or otherwise respond to the Complaint. After oral argument, the Court ruled that pursuant to the standards set forth *under Enron Oil Corp. v. Diakuhara*, 10 F.3d 90 (2d Cir. 1993), there was "good cause" to set aside an entry of default as to Defendant OrthoFeet, Inc. ("Othofest"), and extended Defendant's deadline to answer the Complaint to July 14, 2023.

  Defendant has yet again missed its deadline, and, to date, Defendant has not filed an answer to the Complaint. Accordingly, Plaintiff is directed to seek a certificate of default as to Orthofest by **July 25, 2023** and to file a motion for default judgment by **August 15, 2023**.

  So Ordered.

Dated: July 18, 2023
   New York, New York

                    ANDREW L. CARTER, JR.
                    United States District Judge