UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT,**<br><br>         **Plaintiff,**<br><br>    -against-<br><br>**ORTHOFEET, INC.,**<br><br>         **Defendant.** | **22-cv-3977 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Following the Court's July 18, 2023 Order directing Plaintiff to move for default judgment, Defendant OrthoFeet, Inc. ("OrthoFeet") filed a late Answer in response to the Amended Complaint. "If an answer is filed late, the court may treat the issue as one of default." *Liang v. Home Reno Concepts, LLC*, 803 F. App'x 444, 446 (2d Cir. 2020) (citing *John v. Sotheby's, Inc.*, 141 F.R.D. 29, 35 (S.D.N.Y. 1992) ("The filing of a late answer is analogous to a motion to vacate a default.")).

  The deadlines in the Court's July 18, 2023 Order remain in effect. If Plaintiff seeks to move for default judgment, he must seek a certificate of default by **July 25, 2023** and must file a motion for default judgment by **August 15, 2023**. If Defendant seeks to oppose the motion for default judgment, it may do so in writing, addressing the factors under *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 96 (2d Cir. 1993), by **August 29, 2023**.

  So Ordered.

**Dated: July 21, 2023**
   New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**