UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT,<br><br>        Plaintiff,<br><br>  -against-<br><br>ORTHOFEET, INC.,<br><br>        Defendant. | 22-cv-3977 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 18, 2023 and July 21, 2023, the Court directed Plaintiff to seek a certificate of default by July 25, 2023 if he intends to move for default judgment. To date, Plaintiff has neither sought a certificate of default nor otherwise indicated that he intends to move for default judgment. Accordingly, having considered the standards set forth under *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90 (2d Cir. 1993), and given the "preference for resolving disputes on the merits", there is "good cause" to set aside an entry of default as to Defendant OrthoFeet, Inc.

**So Ordered.**

Dated: July 27, 2023
   New York, New York

                       ANDREW L. CARTER, JR.
                       United States District Judge