**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

CHRISTOPHER LOADHOLT,

                Plaintiff,

      -against-

ORTHOFEET, INC.,

                Defendant.

------------------------------------------------------------------X

**ORDER**

**22-cv-3977 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in an Initial Case Management Conference on August 28, 2023. The Court stayed discovery pending settlement discussions. The Parties are directed to contact Courtroom Deputy Christopher Davis via email by September 8, 2023 at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in October, November, or December. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      SO ORDERED.

DATED:    New York, New York
               August 28, 2023

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge